■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FERO, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered September 24, 1990.

Ordered that the judgment is affirmed *(see, People v Johnston,* 178 AD2d 550; *People v Davis,* 167 AD2d 553; *People v Green,* 153 AD2d 644; *People v Johnson,* 131 AD2d 696). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.